**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 15-cv-02420-JLK

MILES PACHECO and
TRUDY PACHECO,

    Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order by Judge John L. Kane entered on June 1, 2017 it is

ORDERED that the Plaintiffs' Complaint in this case is DISMISSED pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute. Judgment shall enter against Plaintiffs MILES PACHECO and TRUDY PACHECO, and in favor of Defendant THE UNITED STATES OF AMERICA, with the parties to bear their own costs and fees.

Dated at Denver, Colorado this 1st day of June, 2017.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

        By:  s/  *B. Abiakam*

                B. Abiakam
                Deputy Clerk